

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2016

No. 04-16-00509-CR

Malcolm **GANDY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR6350
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Court Reporter Mary Beth Sasala has not filed the reporter's record on appellant's pre-trial hearing on a motion to suppress, upon which this appeal is based. Appellant's notice of appeal, filed on August 5, 2016, attests the record was transcribed and Sasala was paid.

It is therefore ORDERED that Mary Beth Sasala file the reporter's record no later than September 30, 2016. **No extensions of time will be allowed**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court